1    PAUL T. FRIEDMAN (BAR NO. 98381)
     PFriedman@mofo.com
2    STACEY M. SPRENKEL (BAR NO. 241689)
     SSprenkel@mofo.com
3    CAITLIN SINCLAIRE BLYTHE (BAR NO. 265024)
     CBlythe@mofo.com
4    MORRISON & FOERSTER LLP
     425 Market Street
5    San Francisco, California  94105-2482
     Telephone: 415.268.7000
6
     GREGORY B. KOLTUN (BAR NO. 130454)
7    GKoltun@mofo.com
     MORRISON & FOERSTER LLP
8    707 Wilshire Boulevard
     Los Angeles, California  90017-3543
9    Telephone: 213.892.5200

10   Attorneys for Defendant
     UNITED PARCEL SERVICE, INC.

11
                      UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

15
     RANDALL HOLL,                          Case No. 16-cv-05856-HSG
16
                      Plaintiff,            **STIPULATION AND [PROPOSED]
17                                          ORDER STAYING DISCOVERY
            v.                              AND DEADLINE TO RESPOND
18                                          TO THE COMPLAINT PENDING
     UNITED PARCEL SERVICE, INC.,           RESOLUTION OF MOTION TO
19                                          COMPEL ARBITRATION**
                      Defendant.
20                                          Complaint served: October 20, 2016
                                            Current response due: December 19,
21                                          2016

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
sf-3722942

**STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Randall Holl and Defendant United Parcel Service, Inc. ("UPS"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on October 11, 2016, and served UPS with the Complaint on October 20, 2016;

WHEREAS, on November 4, 2016, the parties stipulated and agreed to extend UPS's deadline to respond to the Complaint until December 19, 2016;

WHEREAS, Plaintiff has served early requests for production of documents under Rules 26 and 34 of the Federal Rules of Civil Procedure;

WHEREAS, UPS intends on December 19, 2016 to file a motion to compel arbitration of all claims alleged in the Complaint and stay the proceedings pending arbitration of this matter;

WHEREAS, the parties have met and conferred, and agree that:

1. All discovery in this action shall be stayed pending resolution of UPS's motion to compel arbitration by the district court;

2. UPS's time to serve a responsive pleading under Rule 12 of the Federal Rules of Civil Procedure shall be stayed pending resolution of UPS's motion to compel arbitration by the district court; and

3. The parties' deadlines to file an ADR Certification and a Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be stayed pending resolution of UPS's motion to compel arbitration by the district court;

WHEREAS, this agreement is without prejudice to Plaintiff's right to oppose UPS's motion to compel arbitration on any and all grounds, and without prejudice to Plaintiff's right to oppose a further stay in the event that UPS's motion to compel arbitration is denied by the district court.

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, that (1) all discovery in this action shall be stayed pending resolution of UPS's motion to compel arbitration by the district court; (2) UPS's deadline to respond to the Complaint shall be stayed pending resolution of UPS's motion to compel arbitration by the district court; and (3) the parties' deadlines to file

1    an ADR Certification and a Stipulation to ADR Process or Notice of Need for ADR Phone

2    Conference shall be stayed pending resolution of UPS's motion to compel arbitration by the

3    district court.

4

5    Dated: December 16, 2016              STACEY M. SPRENKEL
                                           MORRISON & FOERSTER LLP
6

7
                                           By:   */s/ Stacey M. Sprenkel*
8                                                Stacey M. Sprenkel

9                                                Attorneys for Defendant
                                                 UNITED PARCEL SERVICE, INC.
10

11   Dated:  December 16, 2016             KAI RICHTER

12

13                                         By:   */s/ Kai Richter*
                                                 KAI RICHTER
14
                                                 Attorneys for Plaintiff
15                                               RANDALL HOLL

16

17                              **ECF ATTESTATION**

18       I, Stacey M. Sprenkel, am the ECF User whose ID and password are being used to file this

19   STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY AND DEADLINE TO

20   RESPOND TO THE COMPLAINT PENDING RESOLUTION OF MOTION TO COMPEL

21   ARBITRATION.  In accordance with Civil Local Rule 5-1, concurrence in the filing of this

22   document has been obtained from Kai Richter, counsel for Plaintiff, and I shall maintain records

23   to support this concurrence for subsequent production for the Court if so ordered or for inspection

24   upon request by a party.

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                                                            2
sf-3722942

1    Dated:  December 16, 2016                    MORRISON & FOERSTER LLP

2

3                                          By:    */s/ Stacey M. Sprenkel*
                                                 STACEY M. SPRENKEL
4
                                                 Attorneys for Defendant
5                                                UNITED PARCEL SERVICE, INC.

6

7                                **[PROPOSED] ORDER**

8             PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10

11   Dated:  1/5/2017                        By: _____
                                                 HON. HAYWOOD S. GILLIAM, JR.
12                                               UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                                              3
sf-3722942

1

**CERTIFICATE OF SERVICE**

2      The undersigned hereby certifies that on the 16th day of December, 2016, the foregoing

3  document was filed electronically on the CM/ECF system, which caused all CM/ECF participants

4  to be served by electronic means.

5

6                                         */s/ Stacey M. Sprenkel*
                                          STACEY M. SPRENKEL
7
                                          Attorneys for Defendant
8                                         UNITED PARCEL SERVICE, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                                                    4
sf-3722942