Matthew C. Helland, CA State Bar No. 250451
NICHOLS KASTER, LLP
235 Montgomery Street, Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235; Facsimile: (415) 277-7238
helland@nka.com

Adam W. Hansen, CA State Bar No. 264241
APOLLO LAW LLC
400 South 4th Street, Suite 401M – 250
Minneapolis, MN  94415
Telephone: (612) 927-2969; Facsimile: (419) 793-1804
adam@apollo-law.com

Kai H. Richter, MN Bar No. 0296545*
Brock J. Specht, MN Bar No. 0388343*
  * admitted pro hac vice
NICHOLS KASTER, PLLP
4600 IDS Center, 80 S. Eighth Street
Minneapolis, MN 55402
Telephone: (612)256-3278; Facsimile: (612) 338-4878
krichter@nka.com
bspecht@nka.com

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Randall Holl, individually, on behalf of others similarly situated, and as a representative of the class,<br><br>                Plaintiff,<br><br>v.<br><br>United Parcel Service, Inc.,<br><br>                Defendant. | Case No. 4:16-cv-05856-HSG<br><br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant in the above-captioned matter hereby stipulate to dismissal of the Action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of putative class members. Plaintiff and Defendant each shall bear their own costs, expenses, disbursements, and attorneys' fees.

Date:  August 20, 2019

**Kai H. Richter**
**NICHOLS KASTER, PLLP**

By:  /s/ Kai H. Richter

Attorneys for Plaintiff RANDALL HOLL

Date:  August 20, 2019

**Stacey M. Sprenkel**
**MORRISON & FOERSTER LLP**

By:  /s/ Stacey M. Sprenkel

Attorney for Defendant
UNITED PARCEL SERVICE, INC.

**ECF ATTESTATION**

I, Kai H. Richter, am the ECF User whose ID and password are being used to file this Notice of Settlement. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from Stacey Sprenkel, counsel for Defendant, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: August 20, 2019

**NICHOLS KASTER, PLLP**

By: */s/ Kai H. Richter*

*Attorneys for Plaintiff Randall Holl*